⍛AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRI[CT COURT]

WESTERN DISTRICT OF

**FILED - ESC**
May 29, 2008 10:53 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:___CBH___/____  _____

UNITED STATES OF AMERICA
V.
ALISA NICOLE PATTERSON AND
THOMAS GORDON

**CRIMINAL COMPLAINT**

Case Number: 1:08-MJ-612

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __05/28/2008__ (Date) in __KENT__ County, in the __WESTERN__ District of __MICHIGAN__ defendant(s) did,

(Track Statutory Language of Offense)

commit bank robbery at the Comerica Bank located at 4065 Plainfield Avenue, NE, Grand Rapids, Michigan on 05/28/2008

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) __SPECIAL AGENT-FBI__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part of this complaint:  ☒ Yes   ☐ No

_____
Signature of Complainant

Gregory M. Osborne
Printed Name of Complainant

Sworn to before me and signed in my presence,

5/29/2008                                          at    Grand Rapids         Michigan
Date                                                      City                 State

Ellen S. Carmody          U.S. Magistrate            _____
Name of Judge             Title of Judge              Signature of Judge

## AFFIDAVIT

Gregory M. Osborne, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, deposes and states the following:

1. I am a Special Agent with the FBI. I am currently assigned to the Grand Rapids, Michigan, Resident Agency, Detroit Division. I have been a Special Agent for approximately twelve years. During that time, I have been assigned numerous violent crime investigations to include bank robbery.

2. This affidavit is based upon my own investigation as well as information that I learned from the reports of other FBI Special Agents, reports and investigations conducted by officers from the Grand Rapids, Michigan Police Department (GRPD), the Kent County Sheriff's Department (KCSD), and the Kentwood Police Department (KPD). This affidavit is filed in support of a criminal complaint alleging that on 05/28/2008 Alisa Nicole Patterson and Thomas Gordon robbed the Comerica Bank located at 4065 Plainfield Avenue, NE, Grand Rapids, Michigan, the deposits of which are federally insured. This is a violation of Title 18, United States Code, Section 2113 (a), commonly known as Bank Robbery.

3. On Wednesday 05/28/2008, at approximately 10:37 A.M., the Comerica Bank Branch located at 4065 Plainfield Avenue, NE, Grand Rapids, Michigan, was robbed of approximately $214.00. The robber entered the bank and proceeded to the customer counter area and handed the victim teller a demand note that read "Hi! I'm Back. I got a 357 handgun. Do you know what caliber that is. It will tear all the stomach tissue apart Bitch. Fill the bag with all the money Bitch. (Don't Move) Fill It Up!!" The note had a smiley face drawn at the beginning and end of the wording. The victim teller advised that after reading the note she placed money into a white plastic grocery bag supplied by the robber and handed the bag to the bank robber. The robber exited the bank through the banks front doors and ran to the rear of the building where bank personnel lost sight of the robber.

4. Witnesses inside the bank described the robber as a black female, late 20's in age, 5'2" tall, thin build, wearing an off-white and brown hip length jacket, bandanna on her head, dark colored pants, and wire frame glasses.

5. Prior to this robbery investigators were already investigating five similar bank robberies that occurred in the Grand Rapids, Michigan area dating back to February 2008. During the course of this investigation Alisa Nicole Patterson, black female, date of birth xx/xx/1980, and Thomas Gordon, black male, date of birth xx/xx/1981 were identified as persons of interest. Immediately after the bank robbery was broadcast to area law enforcement on 05/28/2008, investigators conducted surveillance of three addresses associated with Patterson and Gordon to include 615

Griggs Street, SE, Grand Rapids, Michigan, the home of Danyelle Sterling, the girlfriend of Thomas Gordon. Approximately 45 minutes after the bank robbery on May 28, 2008 an investigator with the Grand Rapids Police Department (GRPD) witnessed a grey in color Mazda known to be associated with Thomas Gordon pull to the rear of the residence located at 615 Griggs Street. The investigator attempted to make contact with the vehicle occupants but three individuals ran from the vehicle as the investigator approached. After a short foot chase Danyelle Sterling and Alisa Nicole Patterson were located and apprehended by police. A third individual believed to be Thomas Gordon, ran from the vehicle and averted police. Inside the vehicle, in plain view of officers, was a coat that matched the description of the coat worn by the bank robber, as well as wire frame glasses. Patterson and Sterling were transported to the Grand Rapids, Michigan Police Department for interview.

6. Alisa Nicole Patterson was interviewed by FBI Agents from the Grand Rapids Resident Agency. Patterson was advised of her rights as contained on FBI Form, FD-395. Patterson reviewed the form, signed the form waiving her rights, and agreed to talk with investigators. Patterson admitted to robbing the Comerica Bank located at 4065 Plainfield Avenue, SE, Grand Rapids, Michigan on May 28, 2008. Patterson stated that she was driven to the bank by Thomas Gordon in Gordon's gray Mazda. Patterson advised that the vehicle belongs to Gordon. Patterson stated that the demand note she used during the commission of the robbery was written and provided to her by Thomas Gordon. Patterson stated that Gordon provided her with a white plastic grocery bag to put the bank robbery proceeds into when she left the bank. Patterson stated that Gordon selected the bank branch to be robbed and drove her to the bank. Patterson stated that Gordon verbally coached her on how to commit the bank robbery, telling her not to speak and avoid leaving her fingerprints at the bank by wearing gloves. Patterson stated that Gordon provided items for her to wear during the robbery to include a coat, glasses, and gloves. Patterson advised that after committing the robbery she ran to the location where Gordon advised he would be waiting and jumped into the back seat of Gordon's gray Mazda. Patterson advised that she gave Gordon a white plastic bag containing the bank robbery proceeds. Patterson advised that Gordon yelled at her while driving away from the bank, telling her she did not get enough money. Patterson stated that Gordon told her that she would have to commit a second robbery as he wanted more money but Patterson refused. Patterson identified Thomas Gordon as the person who jumped from the vehicle and ran from police at 615 Griggs Street, SE, Grand Rapids, Michigan on the day of the bank robbery.

7. Danyelle Sterling was interviewed by FBI Agents from the Grand Rapids Resident Agency. Sterling was advised of her rights as contained on FBI Form, FD-395. Sterling reviewed the form, signed the form waiving her rights, and agreed to talk with investigators. Sterling identified Thomas Gordon as the driver of the grey Mazda that police witnessed pull behind her residence at 615 Griggs Street, SE, Grand

Rapids, Michigan on 05/28/2008. Sterling stated that Gordon wrote a demand note and provided the note to Alisa Patterson for use in the commission of a bank robbery. Sterling advised that Gordon provided Patterson with items to wear during the robbery to include a coat, glasses, and gloves. Sterling stated that Gordon verbally instructed Patterson reference how she was to commit the bank robbery. Sterling stated that Gordon drove Patterson to the Comerica Bank located at 4065 Plainfield Avenue, SE, Grand Rapids, Michigan and advised Patterson that he would wait for her at a predetermined location while she committed the bank robbery. Sterling stated that she and Gordon waited for Patterson to return to the vehicle and then drove away from the bank. Sterling advised that Gordon yelled at Patterson after the bank robbery because he did not feel Patterson got enough money during the robbery. Sterling advised that Gordon wanted Patterson to do a second robbery on the same day but Patterson refused. Sterling stated that after the robbery Gordon drove the three of them back to her house located at 615 Griggs Street, SE, Grand Rapids, Michigan. Sterling advised that when Gordon saw police approach the vehicle he ran, leaving her and Patterson behind.

8. As detailed in the preceding paragraphs, I believe there is probable cause to show that Alisa Nicole Patterson and Thomas Gordon robbed the Comerica Bank located at 4065 Plainfield Avenue, NE, Grand Rapids, Michigan on 05/28/2008, in violation of Title 18 United States Code, Section 2113(a).

_____
Gregory M. Osborne, Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me
on this _29_th day of May, 2008

_____
HONORABLE ELLEN S. CARMODY
United States Magistrate Judge